**RECEIVED**
CHARLOTTE, N.C.

OCT 04 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:05CR92-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK S. COX, )<br>Defendant. ) | **ORDER AUTHORIZING**<br>**DISCLOSURE OF**<br>**DOCUMENTS SUBPOENAED**<br>**BY THE GRAND JURY** |

Upon consideration of the motion and memorandum of the United States for disclosure of documents subpoenaed by the grand jury in connection with the investigation of Mark S. Cox, and deeming it proper to do so, and to the extent that an order may be required, the Court hereby finds that the government has established a particularized need for the material requested, and it is hereby ORDERED pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) that the motion is GRANTED.

With respect to the grand jury's investigation of the defendant in this case and related subjects, attorneys handling forfeiture matters in the United States Attorney's Office for the Western District of North Carolina, as well as law enforcement officers and agents and support personnel associated with the investigation and forfeiture matters shall be permitted disclosure of and access to all bank records subpoenaed by the grand jury and all related summaries, reports, and other similar documents. Such material may be used and disclosed in connection with any ancillary proceeding and/or other civil forfeiture proceeding(s) in which the government may be involved.

GRAHAM C. MULLEN, CHIEF
UNITED STATES DISTRICT JUDGE