# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:05CR92

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| MARK S. COX ) | |

**THIS MATTER** is before the Court on a letter received from the parties requesting a hearing.

It is not the custom of the undersigned to hold evidentiary hearings unless required by statute or other law. Absent citation to law requiring a hearing, one will not be held.

**IT IS, THEREFORE, ORDERED** that the parties' request for a hearing is hereby **DENIED**.

Signed: March 31, 2006

Lacy H. Thornburg
United States District Judge