**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO.  3:05CR92**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MARK S. COX** | ) | |
| _____ | ) | |


**THIS MATTER** is before the Court on the Government's motion for

leave to file the affidavit of Special Agent Cathleen Whiteman of the

Internal Revenue Service.

For the reasons stated in the Government's motion and for cause

shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is

**ALLOWED**, and the affidavit of Special Agent Cathleen Whiteman is

hereby duly filed and part of the proceedings herein.

Signed: April 13, 2006

Lacy H. Thornburg
United States District Judge