IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL NO. 3:05CR92**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **MARK S. COX** ) | |

**THIS MATTER** is before the Court on the Government's motion to seal the attachments to its motion for reconsideration filed July 9, 2007.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government motion to seal is **ALLOWED**, and the attachments to the Government's motion for reconsideration filed July 9, 2007, are hereby sealed until further order of this Court.

Signed: July 10, 2007

Lacy H. Thornburg
United States District Judge