**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR92**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MARK COX, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court *sua sponte*.  The Court has become aware that Defendant intends to make a submission to the Court next week requesting clarification of certain of the Court's findings and rulings at the July 10, 2007 sentencing hearing.  In addition it appears that issues relating to forfeiture remain in the ancillary proceeding over which Judge Thornburg is presiding.  Accordingly, although the J&C was entered on July 17, 2007, it appears to the Court that several loose ends must be tied before this matter is complete.

At the sentencing hearing, the Court indicated that it was willing to allow appeal of certain issues raised at that hearing.  The term for filing a notice of appeal arguably expires this Friday, July 27, 2007.  The Court wishes to allow counsel and the Court sufficient time to address remaining issues.  Therefore, for good cause satisfactory to the Court, and pursuant to Federal Rule of Appellate Procedure 4(b)(4), the Court will extend the period for filing a notice of appeal from the final judgment in this matter for thirty days from July 27, 2007.

IT IS THEREFORE ORDERED that the deadline for filing any notice of appeal in this

matter is hereby EXTENDED to August 26, 2007.

Signed: July 25, 2007

Graham C. Mullen
United States District Judge