# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:05CR92

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| MARK S. COX ) | <u>O R D E R</u> |
| ) | |
| And ) | |
| ) | |
| CAROL ANN COX, ) | |
| ) | |
| Third-Party Petitioner. ) | |
| _____ ) | |

**THIS MATTER** is before the Court for an award of attorneys' fees pursuant to 28 U.S.C. § 2412(d)(1)(A) to the Third-Party Petitioner Carol Ann Cox.

The Court has been advised that the parties herein have agreed to the amount of attorneys fees and costs and the Court hereby enters such an award pursuant to the parties' agreement. ***See* Government's Further Notice Regarding the Amount of EAJA Fees in Ancillary Proceeding, filed August 20, 2007.**

**IT IS, THEREFORE, ORDERED** that the Third-Party Petitioner Carol Ann Cox shall have and recover from the United States Government the sum of **FORTY THOUSAND DOLLARS ($40,000.00)** for attorneys' fees and costs pursuant to 28 U.S.C. § 2412(d)(1)(A).

Signed: August 22, 2007

Lacy H. Thornburg
United States District Judge