IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR92

UNITED STATES OF AMERICA

v

MARK COX

## **ORDER**

THIS MATTER is before the Court *sua sponte.* On August 12, 2007, Plaintiff Cox wrote a letter to the Court asking for clarification of certain issues from Mr. Cox's sentencing on July 10, 2007 and certification of his appeal to the 4th Circuit [see doc 87].

The Court directs the United States to respond to this letter within (30) days of this Order.

IT IS SO ORDERED.

Signed: September 13, 2007

Graham C. Mullen
United States District Judge