IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:05CR92 |
| | : |
| MARK COX, | : |
| AKA/MARK SCOTT COX. | : |

## **O R D E R**

A motion having been duly brought before this Court for an order to deposit proceeds from the writ of execution by the United States of America, and the Court having considered the same, the Court finds that the proceeds of the writ of execution issued November 9, 2007, will be deposited with the Court Registry in an interest-bearing account.

It is, therefore, ORDERED, ADJUDGED AND DECREED that:

1. The proceeds of the writ of execution issued in this case on November 9, 2007 will be deposited with the Clerk of Court in an interest-bearing account.

2. Upon receipt of the funds the Clerk of the Court, as soon as the business of his office allows, will place the said funds in an interest-bearing account at the prevailing rate of interest. In return, the Clerk is to receive an indicia of ownership of a money market account payable to:

> United States District Court
> for the Western District of North Carolina
> Clerk of Court, Trustee
> Criminal Action No. 3:05CR92

The initial investment and any interest earned thereon will be subject to the collateral

provisions of Treasury Circular 176, if applicable.

3. The government will serve a copy of this Order upon the Clerk or the Financial Deputy Clerk, along with the aforementioned proceeds of the writ of execution, which will remain deposited into the Registry of the Court until further order of this Court.

Signed: November 16, 2007

Graham C. Mullen
United States District Judge