UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 3:05-CR-92-MU |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MARK COX, | ) | |
| Defendant | ) | |

**THIS MATTER** is before the court upon motion of defendant for a delay in date by which he must report to his designated federal facility. The Court finds for the reasons stated in defendant's motion that defendant has sufficient cause for such a delay.

**IT IS THEREFORE ORDERED** that defendant's motion is hereby granted and the defendant's report date is delayed for a period of sixty (60) days.

The Clerk is directed to certify copies of this order to defendant, counsel for defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: December 17, 2007

Graham C. Mullen
United States District Judge