UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No.  3:05-CR-92-MU

UNITED STATES OF AMERICA,

    Plaintiff

       v.                                                                                      ORDER

MARK COX,

    Defendant.

---

**THE MATTER** is before the court upon motion of defendant to revise the judgment to recommend to the Bureau of Prisons that the defendant be designated to a facility closer to Charlotte, North Carolina.

**The court finds** for the reasons stated in defendant's previous motion and response that defendant has sufficient cause for relocation.

**IT IS THEREFORE ORDERED** that defendant's previous motion is hereby granted and the Court will revise the judgment to recommend to the Bureau of Prisons that the defendant be designated to a facility close to Charlotte.

The Clerk is directed to certify copies of this order to defendant, counsel for defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: April 14, 2008

Graham C. Mullen
United States District Judge