UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:05-CR-92-MU

UNITED STATES OF AMERICA,

  Plaintiff

    v.

MARK COX,

  Defendant.

## **ORDER**

**THE MATTER** is before the court upon motion of defendant to withdraw all outstanding motions in this case.

**IT IS ORDERED** that Defendant's Motion to Withdraw All Outstanding Motions is hereby granted.

The Clerk is directed to certify copies of this order to defendant, counsel for defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: May 29, 2008

Graham C. Mullen
United States District Judge