IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:05-CR-92 |
| v. ) | |
| ) | |
| MARK COX, ) | |
| AKA/MARK SCOTT COX. ) | |

ORDER DIRECTING CLERK TO
DISTRIBUTE FUNDS

A motion has been brought before this Court for an order distributing funds to victims and to Carol Ann Cox. Having considered the motion, the ruling of the Fourth Circuit, and the record before the Court, this Court finds that Carol Ann Cox is entitled to payment of $98,513.28 of the funds currently held by the Court and that all remaining funds held in the Court's registry in this matter, including all interested earned on the funds, should be applied to restitution and distributed to victims as set forth in the Judgment in a Criminal Case entered against the defendant on July 17, 2007.

It is therefore ORDERED, ADJUDGED, and DECREED that:

1. The Clerk of Court, as soon as the business of this office allows, shall distribute the sum of $98,513.28 to Carol Ann Cox, sent to her attorney of record;

2. All remaining funds on deposit with the Clerk in this matter, including any interest earned on such funds, be used to pay restitution to victims as set forth in the Judgment in a Criminal Case against Defendant.

3. The United States shall serve a copy of this Order upon the Financial Deputy Clerk for the Western District of North Carolina.

Signed: August 14, 2009

Graham C. Mullen
United States District Judge